IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wilson, James C

Printed: 01/29/09

Case Number: 08 B 02825
Judge: Wedoff, Eugene R
Filed: 2/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 2, 2008
Confirmed: April 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,132.00 |  |
| Secured: |  | 653.53 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,849.00 |
| Trustee Fee: |  | 243.49 |
| Other Funds: |  | 1,385.98 |
| Totals: | 5,132.00 | 5,132.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,849.00 | 2,849.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | ShoreBank | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 0.00 | 0.00 |
| 6. | City Of Chicago | Secured | 0.00 | 0.00 |
| 7. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 8. | City Of Chicago | Secured | 500.00 | 90.00 |
| 9. | Cook County Treasurer | Secured | 3,500.00 | 15.00 |
| 10. | EMC Mortgage Corporation | Secured | 6,000.00 | 474.63 |
| 11. | ShoreBank | Secured | 934.24 | 73.90 |
| 12. | Resurgent Capital Services | Unsecured | 1,873.70 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 4,997.25 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 3,279.49 | 0.00 |
| 15. | City Of Chicago | Unsecured | 2,128.86 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 4,623.46 | 0.00 |
| 17. | Capital One | Unsecured | 838.90 | 0.00 |
| 18. | Capital One | Unsecured | 1,202.29 | 0.00 |
| 19. | City Of Chicago | Unsecured | 122.76 | 0.00 |
| 20. | Commonwealth Edison | Unsecured | 467.38 | 0.00 |
| 21. | Cook County Treasurer | Unsecured | 577.58 | 0.00 |
| 22. | XEZ Inc | Secured |  | No Claim Filed |
| 23. | Litton Loan Servicing | Secured |  | No Claim Filed |
| 24. | Washington Mutual | Secured |  | No Claim Filed |
| 25. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 26. | ACL Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:    Wilson, James C

Printed: 01/29/09

Case Number:  08 B 02825
Judge:  Wedoff, Eugene R
Filed:  2/7/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 28. | M3 Financial Services | Unsecured | | No Claim Filed |
| 29. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| | | | $ 33,894.91 | $ 3,502.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 242.43 |
| 6.6% | 1.06 |
| | $ 243.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

